**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest B. JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABC NISSAN, INC., et al.,<br><br>　　　　Defendants.<br>_____ | No. CV-03-0563-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is a Motion for Entry of Final Judgment [Doc. No. 105] filed by Defendants Automotive Investment Group-Arizona, Inc. and CTVT Motors, Inc. Defendants move this Court for the entry of a final judgement pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. That provision allows a court to direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment. Fed. R. Civ. P. 54(b). Because Defendant ABC Nissan's Motion for Summary Judgment was granted in part and denied in part and no final judgment was entered for any party, the case is still continuing and the orders granting the motions for summary judgment filed by Automotive Investment Group-Arizona and CTVT Motors remain interlocutory. See Fed. R. Civ. P. 58(a)(1).

　　　The Court finds that Defendants' request does not qualify as one of the infrequent instances where Rule 54(b) allows the immediate entry of a final judgment. Defendants' argue that convenience, justice and judicial efficiency warrant the immediate entry of final judgment.

1  The Court recognizes that all parties, including Defendants, seek an efficient resolution to this
2  dispute; however, the Court finds that it will not be unduly harsh or unjust to make Defendants
3  await a final judgment in this matter.
4       Accordingly,
5       **IT IS THEREFORE ORDERED** that Defendants' Motion for Entry of Final Judgment.
6  [Doc. No. 105] is DENIED.
7       **IT IS FURTHER ORDERED** that Defendants Automotive Investment Group-Arizona,
8  Inc. and CTVT Motors, Inc. are excused from participating in any hearings to set pretrial
9  deadlines as well as the Final Pretrial Conference scheduled for November 14th, 2006, in light
10 of the Court's Order granting their respective motions for summary judgment.
11      DATED this 19th day of September, 2006.

Stephen M. McNamee
United States District Judge

- 2 -