**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ernest B. JACKSON, | ) | No. CV-03-0563-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| ABC NISSAN, INC., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulated Motion to Enlarge Time to File Pretrial Materials (Doc. No. 112). Having considered the parties' request and good cause appearing, the Court will grant the motion. Therefore,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Enlarge Time to File Pretrial Materials (Doc. No. 112) is **GRANTED**.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial of the lawsuit shall file a Proposed Pretrial Order and submit it to the Court no later than **4:00 p.m. on November 3, 2006.**

**IT IS FURTHER ORDERED** that the parties shall file and serve all motions in limine no later than **November 3, 2006.** Responses to motions in limine are due **November 10, 2006**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference in this case, currently scheduled for Tuesday, November 14, 2006, at 3:00 p.m., is **VACATED.** The Court will conduct a Final Pretrial Conference in this case on **December 6, 2006 at 4:00 p.m.**

1  **IT IS FURTHER ORDERED** that all provisions of this Court's September 20, 2006
2  Order Re: Final Pretrial Conference [Doc. No. 110] remain in full effect, other than those dates
3  that have been modified by this Court.
4  DATED this 19th day of October, 2006.

_____
Stephen M. McNamee
United States District Judge