**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest B. Jackson, ) | No. CIV 03-563-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| ABC Nissan, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Pending before the Court is the parties' Stipulated Motion to Continue Pretrial Filings Date. [Doc. No. 116]  Good cause appearing,

    **IT IS ORDERED** parties' Stipulated Motion to Continue Pretrial Filings Date. [Doc. No. 116] is **GRANTED**.

    **IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial of the lawsuit shall file a Proposed Pretrial Order and submit it to the Court no later than **4:00 p.m. on November 10, 2006**.

    **IT IS FURTHER ORDERED** that responses to motions in limine are due on **November 17, 2006**. **No further extensions shall be granted**.

//

//

//

1     The Court reminds that parties that the Final Pretrial Conference in this case shall be
2 conducted on **December 6, 2006 at 4:00 p.m.** and that all provisions of this Court's
3 September 20, 2006 Order Re: Final Pretrial Conference [Doc. No. 110] remain in full effect,
4 other than those dates that have been modified by this Court.

5     DATED this 7th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge