**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ernest B. JACKSON, | ) | No. CIV 03-563-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ABC NISSAN, INC., et al., | ) | |
| Defendants. | ) | |

      Pending before the Court are the parties' Proposed Joint Final Pretrial Order [Doc. No. 124] and Plaintiff's Motion for Leave to File a Late Response in Opposition to Defendant's Amended Motion in Limine (Doc. No. 126).  For the reasons set forth below, the Court will reschedule the Final Pretrial Conference and deny Plaintiff's Motion

      Having reviewed the parties Proposed Joint Final Pretrial Order [Doc. No. 124], the Court finds that the time currently allotted for the Final Pretrial Conference is insufficient given the amount of objections the parties have raised regarding the admissibility of exhibits. Therefore, the Final Pretrial Conference will be rescheduled to a later date. The parties are encouraged to stipulate to the admission of as many exhibits as possible before trial.

      Additionally pending before the Court is Plaintiff's Motion for Leave to File a Late Response in Opposition to Defendant's Amended Motion in Limine (Doc. No. 126). Stephen G. Montoya, counsel for Plaintiff, asserts that his hectic work schedule as well as his reliance on Local Rule 7.2(c) resulted in his "miscalendar[ing]" the date on which his Response to

1  Defendant's Motion in Limine was due.  Mr. Montoya states that pursuant to Local Rule
2  7.2(c), Plaintiff's Response to Defendant's Amended Motion in Limine would have been due
3  on December 1, 2006; however, the Court expressly set the deadline for November 17, 2006.
4  Mr. Montoya filed Plaintiff's Response on November 21, 2006.

5      Local Rule 7.2(c) provides:

6      The opposing party shall, UNLESS OTHERWISE ORDERED BY THE COURT and
7      except as otherwise provided by Rule 56 of the Federal Rules of Civil Procedure, and
8      Rules 12.1, 54.2(b), and 56.1, Local Rules of Civil Procedure, have ten (10) days after
9      service in a civil or criminal case within which to serve and file a responsive
10     memorandum.

11 LRCiv. (emphasis added).  Plaintiff correctly notes that the Court expressly set the deadline
12 for responding to all motions in limine for Friday, November 17, 2006.  Since it is the usual
13 practice of this Court to allow ten days to file a responsive memorandum, the Court finds it
14 is useful to review the history of the November 17th deadline.

15     On August 28th, 2006, Plaintiff moved the Court to set deadlines for pretrial filings
16 (Doc. No. 106), which the Court granted in an Order issued on September 20, 2006 (Doc No.
17 110).  On October 18, 2006, the parties requested the Court to extend the deadline for filing
18 their pretrial materials, including motions in limine, to October 30, 2006. (Doc. No. 112)
19 The Court granted the parties' request and ordered the parties to file all motions in limine by
20 November 3, 2006, with Responses due by November 10, 2006. (Doc. No. 113)   On
21 November 3, 2006, Defendant timely filed a Motion in Limine. (Doc. No. 117)   On that
22 same day, the parties filed a Stipulated Motion to Continue Pretrial Filings Date, which
23 requested that the Court enlarge the date for filing the pretrial filings from November 3,
24 2006, to November 8, 2006, with responses to motions in limine due by November 15, 2006.
25 (Doc. No. 116)  In an Order issued on November 7, 2006, the Court once again granted the
26 parties request to extend the deadlines and expressly ordered that responses to motions in
27 limine be filed by November 17, 2006. (Doc. No. 118)  The Court further stated that "No
28 further extensions shall be granted." (Id.)

1    Therefore, in light of the Court's previous extensions and the express language of the
2 Order issued on November 7, 2006 providing that" no further extensions will be granted,"
3 the Court finds that the deadline in place was necessary and will therefore deny Plaintiff's
4 motion.

5    Accordingly,

6    **IT IS HEREBY ORDERED** that the Final Pretrial Conference set for Wednesday,
7 December 6, 2006 at 4:00 p.m. is **VACATED**.  The Court shall conduct a Final Pretrial
8 Conference in this case on **Wednesday, January 3, 2007, at 1:30 p.m.**

9    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File a Late
10 Response in Opposition to Defendant's Amended Motion in Limine (Doc. No. 126) is
11 **DENIED**.  The Court will confine its analysis of Defendant's Amended Motion in Limine
12 to Defendant's brief and the applicable legal authority.

13    DATED this 4th day of December, 2006.

Stephen M. McNamee
United States District Judge