**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest B. Jackson, | ) No. CIV 03-563-PHX-SMM |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| ABC Nissan, Inc., et al., | ) |
| Defendants. | ) |

    Pending before the Court is Plaintiff's Motion for an Extension of Time in which to Respond to Defendant's Motion to Enforce Settlement Agreement. [Doc. No. 137]

    According to Plaintiff, he had until June 7, 2007, to file a response to Defendant's Motion to Enforce the Settlement Agreement. The Court finds Plaintiff's computation of the time in which he was to file a response is erroneous in light of the fact that Plaintiff received notice of Defendant ABC Nissan, Inc.'s Motion to Enforce Settlement Agreement and Supporting Brief on May 18, 2007.[1] Nonetheless, the Court finds that a responsive brief will assist in the resolution the pending motion.

//

//

---

[1] Plaintiff is advised to consult Rule 6 of the Federal Rules of Civil Procedure and LRCiv 7.2 of the Local Rules of Practice for the District of Arizona, which provide the rules governing the computation of time for filing a responsive memorandum.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for an Extension of Time in which to Respond to Defendant's Motion to Enforce Settlement Agreement [Doc. No. 137] is **GRANTED IN PART** as follows: Plaintiff shall have through **Monday, June 11, 2007**, to respond to Defendant's Motion to Enforce the Settlement Agreement.

DATED this 7th day of June, 2007.

Stephen M. McNamee
United States District Judge