**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest B. Jackson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABC Nissan, Inc., et al.,<br><br>　　　　Defendants. | CIV-03-563-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulation for Dismissal filed by the parties (Dkt. 144) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear his own costs and fees, including attorneys' fees.

DATED this 29th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge