**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ernest B. Jackson,

    Plaintiff,

v.

ABC Nissan, Inc., et al.,

    Defendants.

CIV-03-563-PHX-SMM

**ORDER**

Pending before the Court is Defendants' Motion to Modify or Correct Order (Dkt. 146). The Court, having considered the motion, hereby GRANTS the motion. Accordingly,

**IT IS HEREBY ORDERED** that the Order entered by the Court on October 29, 2007 (Dkt. 145) shall be modified to state:

"Pursuant to the Stipulation of Dismissal filed by Plaintiff Ernest Jackson and Defendant ABC Nissan, Inc. (Dkt. 144) and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff against Defendant ABC Nissan and by Defendant ABC Nissan against Plaintiff in this action are dismissed with prejudice, Plaintiff and ABC Nissan to bear his and its own costs and fees, including attorneys' fees. This Order does not affect claims by or against defendants Automotive Investment Group-Arizona, Inc. and CTVT Motors, Inc. d/b/a Camelback Toyota."

DATED this 13th day of November, 2007.

_____
Stephen M. McNamee
United States District Judge